UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

**FILED**

MAR - 9 2010

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**JOHN DOE #4**     )
               )
   *Plaintiff,*    )
               )  CA. no.
               )
v.             )
               )

**WORLDWIDE FILM
ENTERTAINMENT, LLC**

   *Defendants,*

Case: 1:10-mc-00171
Assigned To : Kennedy, Henry H.
Assign. Date : 3/9/2010
Description: Miscellaneous

## MOTION TO QUASH SUBPOENA

   *Plaintiff, John Doe #4, hereby files this motion to quash any and all subpoenas for production of documents or served by the Defendant in the above-captioned case, and to secure a protective order to safeguard Defendant's rights.*

   *This case involves an attempt to discover the identity of a website operator who, "The Defendant, allegedly has raised issues concerning "torrent" infringement. Plaintiff herein argues that an attempt to force non-parties to divulge information revealing John Doe #4's identity is procedurally defective and should therefore, be quashed and use of process require an appropriate protective order.*

   *The Plaintiff, John Doe #4 contends that he has no knowledge of any such downloading of a copy of the film "The Gray Man" ("the motion picture").  The Defendant, John Doe also contends he does not have any understanding of the process of downloading this film and therefore is unaware of any "torrent" infringment as stated in the plaintiffs motion. This serious invasion of rights to privacy is being violated, because Plaintiff can not and has not proven such material was copied by John Doe #4.*



**RECEIVED**

MAR - 9 2010

Clerk, U.S. District and
Bankruptcy Courts

*The subpeonas must be quashed and a protective order entered because disclosure cannot be reversed once it is compelled and that before a Defendant be allowed to compel Plaintiff's identity from a third-party, they must show that no discovery short of disclosure will be sufficient to their legitimate ends.*

*The Plaintiff, John Doe #4, requires that this Court quash the subpoena. Accordingly, John Doe #4 respectfully requests herein that the Court quash the subpeona sent to Verizon Online and the District of Columbia court clerk.*

Dated: March 9, 2010

_____
John Doe #4